COA # 08-13-00111-CR      OFFENSE: 31.03

STYLE: Benjamin James Patterson AKA Benjamin James Talton AKA Benjamin J. Talton v. The State of Texas      COUNTY: Hood

COA DISPOSITION: AFFIRMED      TRIAL COURT: 355th District Court

DATE: 1/14/15      Publish: NO      TC CASE #: CR12031

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Benjamin James Patterson AKA Benjamin James Talton AKA Benjamin J. Talton v. The State of Texas      CCA #: 146-15

_____PRO SE_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____REFUSED_____      JUDGE: _____

DATE: 05/20/2015      SIGNED: _____  PC: _____

JUDGE: _Per Curiam_      PUBLISH: _____  DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____